Robert F. Croskery Reg. No.0064802
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **CIARA JONES** | : | Case No. 1:13-CV-00033 |
| Plaintiff, | : | Judge S. Arthur Spiegel<br>Magistrate Judge Karen L. Kitkovitz |
| v. | : | |
| | : | PLAINTIFF'S UNOPPOSED<br>MOTION TO SUBSTITUTE AS |
| **CHASE BANK** | | DEFENDANT, JPMORGAN |
| | : | CHASE BANK, N.A. IN PLACE OF |
| Defendant. | | DEFENDANT CHASE BANK |

Plaintiff Ciara Jones, through counsel, hereby moves this Honorable Court to substitute, as a party in this matter, JPMorgan Chase Bank, N.A. as Defendant in place of Defendant Chase Bank. Plaintiff's counsel has contacted counsel for Defendant, Eve Ellinger, Esq., and ascertained that this Motion will not be opposed.

Respectfully submitted,

/s/ Robert F. Croskery
Robert F. Croskery (Ohio Bar 0064802)
Croskery Law Offices
810 Sycamore Street
Cincinnati, OH 45202
(513)232-5297
Fax (513) 338-1992
rcroskery@croskerylaw.com

[Handwritten annotation: Granted 8/5/13 /s/ [Judge signature]]